IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KEN PETERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD WILLIAMS, et al.,<br><br>Defendants. | **ORDER GRANTING [16] MOTION FOR EXTENSION OF TIME TO RESPOND TO THE MOTION TO DISMISS**<br><br>Case No. 4:19-cv-62-DN-PK<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

Based on Plaintiff's stipulated motion for an extension of time in which to file his opposition to Defendant's Motion to Dismiss (the "Motion"),[1] and good cause appearing therefore;

IT IS HEREBY ORDERED that the Motion[2] is GRANTED. Plaintiff may file an opposition to Plaintiff's Motion to Dismiss on or before January 3, 2020.

Signed December 18, 2019.

BY THE COURT

_____
Paul Kohler
United States Magistrate Judge

---

[1] Stipulated Motion for Extension of Time to Respond to the Motion to Dismiss, docket no. 16, filed December 12, 2019.

[2] *Id.*