Benjamin K. Lusty (U.S.B. #12159)
**RENCHER ANJEWIERDEN**
460 South 400 East
Salt Lake City, Utah 84111
(801) 961-1300
ben@lawfirmra.com

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH
## SOUTHERN REGION, CENTRAL DIVISION

| | |
|---|---|
| KEN PETERSON, an individual<br><br>　　　　　Plaintiff,<br>vs.<br><br>RICHARD WILLIAMS, in his individual and official capacity; DOAJO HICKS, in his individual and official capacity; MICHAEL LACOURSE, in his individual and official capacity; LYNN JOSEPH, in her individual and official capacity; DIXIE STATE UNIVERSITY, a public college of the State of Utah; JOHN DOES I-X, in their individual and official capacities; and ROE ENTITES I-X | **AMENDED NOTICE OF APPEAL**<br><br>Case No. 4:19-cv-00062-DB-PK<br><br>Judge Dee Benson<br>Magistrate Judge Paul Kohler |

　　　　Plaintiff Ken Peterson ("Plaintiff" or "Peterson"), hereby submits the following Amended Notice of Appeal:

　　　　Pursuant to Federal Rule of Appellate Procedure 3(c), Plaintiff states the following.

　　　　1)　　Party taking the appeal: Plaintiff, Ken Peterson.

　　　　2)　　Judgment being appealed: Memorandum Decision and Order of Judge Benson, Document 28, entered April 15, 2020. Plaintiff appeals from all aspects of this judgment, as well as all intervening and/or interlocutory orders made by the district court prior.

      3)      Court to which the appeal is taken:    United States Court of Appeals for the Tenth Circuit.

      4)      Note: Plaintiff originally filed his Notice of Appeal on May 6, 2020 (Dkt. 29). Unfortunately, due to a clerical error, the Notice of Appeal was filed under the ECF heading as "Notice-Other" rather than as a Notice of Appeal. This error was only discovered when Plaintiff's counsel attempted to file his Docketing Statement with the 10th Circuit Court. Out of an abundance of caution, Plaintiff now files this Amended Notice of Appeal, although no changes are made to the scope of the appeal, and a Notice of Appeal has already been filed with this District Court.

DATED this 22day of May, 2020

                                             /s/      Benjamin K. Lusty

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2020, I electronically filed, and caused to be served via Notice of Electronic Filing, a true and correct copy of the foregoing upon the following:

DANIEL R. WIDDISON
JAQUALIN FRIEND PETERSON
Assistant Utah Attorneys General
SEAN D. REYES
Utah Attorney General
160 East 300 South, Sixth Floor
Salt Lake City, Utah 84114
Telephone: (801) 366-0100
dwiddison@agutah.gov
jfpeterson@agutah.gov
Attorneys for Defendants

                        /s/ Jane Ratcliffe